UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN BARRON, FILIPPO BULGARINI D'ELCI, DENIS DESARL, ILLIA CHEHERTS, MARAT GARIBYAN, RISHI KHANCHANDANI, DANIILS LEBEDEUS, DONG SEOK LEE, TAREK RAHMAN, ABHISHEK SIKARIA, for themselves and a class of others similarly situated,<br><br>                    *Plaintiffs*,<br><br>           v.<br><br>HELBIZ INC., SALVATORE PALELLA, NETELLER (US) INC., SKRILL USA INC., LORENZO PELLEGRINO, MILOS CITOVEK, JONATHAN HANNESTAD, STEFANO CIRAVEGNA, MICHAEL COPPOLA, GIULIO PROFUMO, JUSTON GUILIANO, AND SAEED ALDARMAKI,<br><br>                    *Defendants*. | 20 Civ. 04703 (LLS)<br><br>ECF Filing<br><br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that the undersigned, a member of this Court in good standing, hereby appears as counsel for Defendants Helbiz., Inc. Salvatore Palella, Jonathan Hannestad, Stefano Ciravegna and Giulio Profumo and requests that a copy of all pleadings, notices, filings, correspondence, and other papers relating to this action be served upon the undersigned at the address stated below.

}

2

Dated:  June 23, 2020
       New York, NY                                Respectfully submitted,

                                                          s/ Robert G. Heim
                                                          Robert G. Heim
                                                          Tarter Krinsky & Drogin LP
                                                          1350 Broadway, 11th Floor
                                                          New York, New York 10018
                                                          Tel.: (212) 216-8000
                                                          Fax: (212) 216-8001
                                                          rheim@tarterkrinsky.com

*Attorneys for Defendants Helbiz., Inc.*
*Salvatore Palella, Jonathan Hannestad,*
*Stefano Ciravegna and Giulio Profumo*