```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

RYAN BARRON, FILIPPO BULGARINI
D'ELCI, DENIS DESARI, ILLIA
CHEHERST, MARAT GARIBYAN, RISHI
KHANCHANDANI, DANIILS LEBEDEUS, DONG
SEOK LEE, TAREK RAHMAN, ABHISHEK
SIKARIA, for themselves and a class
of others similarly situated,

    Plaintiffs,    20 Civ. 04703 (LLS)

 - against -       ORDER

HELBIZ INC., SALVATORE PALELLA,
NETELLER (US) INC., SKRILL USA INC.,
LORENZO PELLEGRINO, MILOS CITOVEK,
JONATHAN HANNESTAD, STEFANO
CIRAVEGNA, MICHAEL COPPOLA, GIULIO
PROFUMO, JUSTIN GUILIANO, and SAEED
ALDARMAKI,

    Defendants.
- - - - - - - - - - - - - - - - - - -X

  No discovery documents should be filed, under seal or otherwise, without leave of court. See SDNY Electronic Case Filing Rules and Instructions 13.20; Fed. R. Civ. P. 5(d)(1)(A). This Court's Local Civil Rule 5.1 requires only relevant portions of discovery material to be cited in connection with a motion or application; it serves "a very useful purpose by making clear that only those discovery materials that are necessary to the decisional process should be filed in connection with a motion or application"; and no sealed material should be filed without prior Court permission for the sealing.

-2-

    The Clerk is directed to strike all the discovery material and unseal the letter motions counsel have filed in this connection.

    On the express written consent of defense counsel, I am entering the injunction.

    The other matters raised in counsels' July 13 and 14 letters, and any other material submitted before noon Friday July 17, will be regarded as raised at the hearing, which is cancelled.

    So ordered.

Dated: New York, New York
       July 14, 2020

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.