UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RYAN BARRON *et al.*, for themselves and a class
of others similarly situated,

                Plaintiffs,                        20 Civ. 4703 (LLS)

    -against-

HELBIZ INC., SALVATORE PALELLA,
NETELLER (US) INC., SKRILL USA INC.,
LORENZO PELLEGRINO, MILOS CITOVEK,
JONATHAN HANNESTAD, STEFANO
CIRAVEGNA, MICHAEL COPPOLA,
GIULIO PROFUMO, JUSTIN GUILIANO,
and SAEED ALDARMAKI,

                Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/20

## PRELIMINARY INJUNCTION

Upon the express written consent of defendants Helbiz, Inc., Salvatore Palella, Jonathan Hannestad, Stefano Ciravegna, Giulio Profumo (the "Helbiz defendants") by their counsel, it is

ORDERED, that during the pendency of this action they, and each of them, is ordered and enjoined to:

1. Preserve smart contract number 0xe34e1944e776f39b9252790a0527ebda647ae668;

2. Refrain from requesting that any other party destroy the contract and rescind any prior requests to do so;

3. Take all available measures to protect the smart contract from destruction; and

4. Modify the HBZCoin.com website to remove the threat to destroy the contract;

This injunction is issued to assure the preservation of the subject of this litigation, the Helbiz Coin, during the litigation and until further order.

1

The security in the amount of $1,000.00 which has been posted by the plaintiff shall be continued in effect.

So Ordered.

Dated: July 14, 2020
      New York, New York

*/s/ Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.