**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RYAN BARRON, *et al.*, for themselves and a class of others similarly situated,<br><br><br><br>                               Plaintiffs,<br><br>    v.<br><br>HELBIZ INC. *et al.*,<br><br><br>                               Defendants. | Civil Action No.: 20-cv-04703<br><br><br>Hon. Louis L. Stanton,<br>District Judge |

<div align="center">

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

</div>

Now come Plaintiffs Ryan Barron *et. al.*, by their attorneys, and pursuant to Federal Rule

of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss without prejudice all claims against

Defendant Milos Citovek.  Defendant Citovek has not answered nor filed a motion for summary

judgment as of the filing of this notice.

<div align="center" style="float:right">

Respectfully submitted,


/s/ Michael Kanovitz
*One of Plaintiffs' Attorneys*

</div>

Karen Newirth (NY Bar No. 4115903)
Michael Kanovitz (*pro hac vice*)
LOEVY & LOEVY
311 North Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
Karen@loevy.com
Mike@loevy.com

2

## CERTIFICATE OF SERVICE

I, Michael Kanovitz, an attorney, certify that on October 27, 2020, I filed the foregoing pleading using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Michael Kanovitz
*One of Plaintiffs' Attorneys*