**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RYAN BARRON et al., for themselves and
a class of others similarly situated,

                    Plaintiffs,                   20 **CIVIL** 4703 (LLS)

          -against-                        **JUDGMENT**

HELBIZ INC., SALVA TORE PALELLA,
NETELLER (US) INC., SKRILL USA
INC., LORENZO PELLEGRINO, MILOS
CITOVEK, JONATHAN HANNESTAD,
STEFANO CIRA VEGNA, MICHAEL
COPPOLA, GIULIO PROFUMO, JUSTIN
GUILIANO, and SAEED ALDARMAKI,
HELBIZ INC., SALVA TORE PALELLA,
NETELLER (US) INC., SKRILL USA
INC., LORENZO PELLEGRINO, MILOS
CITOVEK, JONATHAN HANNESTAD,
STEFANO CIRA VEGNA, MICHAEL
COPPOLA, GIULIO PROFUMO, JUSTIN
GUILIANO, and SAEED ALDARMAKI,

                    Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated January 22, 2021,  the complaints are dismissed

without prejudice to renewal in other jurisdictions.

**Dated:**  New York, New York
       January 25, 2021

                         **RUBY J. KRAJICK**
                    _____
                       **Clerk of Court**
           **BY:**
                        **Deputy Clerk**