**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RYAN BARRON, *et al.*, for themselves and a class of others similarly situated, | |
| Plaintiffs, | Civil Action No.: 20-cv-04703 |
| v. | Hon. Louis L. Stanton, District Judge |
| HELBIZ INC. *et al.*, | |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that all plaintiffs in this case appeal to the United States Court of Appeals for the Second Circuit from this Court's order of January 22, 2021.  *See* Dckt. 116, which dismissed the action, as well as the accompanying final judgment entered on January 25, 2021.  *See* Dckt. 117.


Submitted: February 8, 2021                                      s/ Michael Kanovitz
                                                                                Michael Kanovitz

Michael Kanovitz (*pro hac vice*)
Scott Rauscher (*pro hac vice*)
Karen Newirth
LOEVY & LOEVY
311 N. Aberdeen, 3rd FL
Chicago, IL 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

     I, Michael Kanovitz, an attorney, hereby certify that on February 8, 2021, I filed a copy of the foregoing via the Court's CM/ECF system and thereby served a copy on all counsel of record.

/s/ Michael Kanovitz
*Attorney for Plaintiffs*
