ORIGINAL

# LOEVY & LOEVY

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

June 29, 2022     **MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/22

**Via CM/ECF**

United States District Court
Southern District of New York
Honorable Judge Louis L. Stanton
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**RE:** *Barron et al. v. Helbiz Inc., et al.*, Case No. 1:20-cv-4703

Dear Judge Stanton,

Plaintiffs write to request an order from this Court compelling Defendant Alphabit Digital Currency Fund to provide Plaintiffs the address and contact information where Defendant Saeed Aldarmaki may be served. Mr. Aldarmaki is the managing director of Defendant Alphabit Digital Currency Fund, which has appeared in the case, but counsel for Alphabit is not authorized to accept service for Mr. Aldarmaki. We have requested his contact information from Alphabit, but, as of today's date, we have not received a response.

So Ordered
Louis L. Stanton
7/15/22

Mr. Aldarmaki resides in the United Arab Emirates, which is not a party to The Hague Convention, and Plaintiffs have been unable to locate him by other means thus far.

RESPECTFULLY SUBMITTED,

s/ Michael Kanovitz

Michael Kanovitz (*pro hac vice*)
Jon Loevy (*pro hac vice*)
Dan Twetten (*pro hac vice*)
Heather Lewis Donnell
Anand Swaminathan
Julia Rickert (*pro hac vice*)
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
mike@loevy.com