UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X

RYAN BARRON, FILIPPO BULGARINI
D'ELCI, GRANT ECHOLS, ANTHONY
CALIXTE, DENIS DASARI, ILLIA
CHEHERST, ANDREW SKZLAREK
MARAT GARIBYAN, RISHI
KHANCHANDANI, DANIILS
LEBEDEUS, DONG SEOK LEE,
KAMEEL JIWA, TAREK RAHMAN,
FRANCISO PEREIRA, and ABHISHEK
SIKARIA, for themselves and a class
of others similarly situated,

                 Plaintiffs,         20 Civ. 04703 (LLS)
                                   ORDER
    - against -

HELBIZ INC., SALVATORE PALELLA,
NETELLER (US) INC., SKRILL USA INC.,
LORENZO PELLEGRINO, MILOS CITOVEK,
JONATHAN HANNESTAD, STEFANO
CIRAVEGNA, MICHAEL COPPOLA, GIULIO
PROFUMO, JUSTIN GUILIANO, and SAEED
ALDARMAKI,

                 Defendants.
- - - - - - - - - - - - - - - - - - - -X

     In order to rule on plaintiffs' request to appoint Messrs. Bulgarini, Dasari, Echols, and Rahman as lead plaintiffs for Counts 10-12, the Court requires more precise information regarding each of those four plaintiffs' individual financial losses, net of their gains, expressed in US dollars at a contemporary conversion rate.

     Supplemental declarations detailing those amounts should be provided by August 5, 2022.

     Dated:    New York, New York
                 July 20, 2022

                                           *Louis L. Stanton*
                                          LOUIS L. STANTON
                                               U.S.D.J.