UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
Ryan Barrow et al.,                                          :
          Plaintiffs,                             :
                                                             :
   v.                                                        :
                                                             :
Helbiz Inc. et al.,                                          :  Case No. 1:20-cv-04703-LLS
                                                             :
          Defendants.                             :
-------------------------------------------------------------x

## DECLARATION OF JOSEPH T. JOHNSON IN SUPPORT OF HIS APPLICATION SEEKING LEAVE OF COURT TO BE RELIEVED AS ATTORNEY OF RECORD

Joseph T. Johnson, pursuant to the provisions of 28 U.S.C. § 1746, hereby states and declares as follows:

1.    I am an attorney admitted to practice before this Court and am a partner with the firm of Zeiler Floyd Zadkovich (US) LLP.

2.    On July 9, 2020, I filed a notice of appearance for Defendant Skrill USA Inc. (Dkt. 35.) At the time, I was associated with the firm of Dunnington, Bartholow & Miller LLP (DBM). William Dahill, Esq., also at DBM, was lead defense counsel among the DBM team.

3.    My association with DMB has ended and I have had no contact with the clients, DBM or any other lawyer of a substantive nature with respect the representation of this party. Presently, my representation of this party is in name only.

4.    Based on my review of the docket, it is clear that the current, active and ongoing representation of this party remains with William Dahill, Esq., who is now with the firm of Coviello Weber & Dahill LLP. (Dkt. 155-158, 174.)

1

5.      In view of the foregoing, as a matter of administrative housekeeping and for the sake of good order, I respectfully request leave of Court to be relieved as counsel for Defendant Skrill USA Inc. I am not asserting a retaining or charging lien. Given Mr. Dahill's ongoing representation, I also submit that service of this application on the client is unnecessary and should be excused.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 2, 2022.

ZEILER FLOYD ZADKOVICH (US) LLP

By:     /s/ Joseph T. Johnson
          Joseph T. Johnson

215 Park Avenue South, 11th Floor
New York, New York 10003
Tel: (917) 375 9511
joe.johnson@zeilerfloydzad.com
