UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RYAN BARRON, et al.,

                      Plaintiffs,

                                                                    20-cv-4703 (PKC)

           -against-                                         ORDER

MICROMOBILITY.COM INC. f/k/a HELBIZ
INC., et al.,

                      Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        There will be a pretrial conference on December 3, 2024 at 4 p.m. in Courtroom 11D.

        The Court has reviewed the parties' proposed Scheduling Order (ECF 296) and it is a non-starter.  If the parties have not already exchanged initial disclosures, they shall do so by December 2, 2024.  The Court has no intention of signing a blank check for more than ten depositions.  For any deposition in excess of ten, when, as, and if it becomes necessary, a party may apply to conduct the deposition setting forth the identity of each witness, and the factual basis for the claimed need for the witness must be detailed with specificity. Interrogatories will be permitted only in accordance with Local Civil Rule 33.3.

        Based upon the Court's review of the record, the Court will permit the fact discovery period to conclude no later than October 14, 2025.  There will be no bifurcation between class certification and merits issues.

The parties should consult the undersigned's form of Civil Case Management Plan and Scheduling Order available on the District's website and should meet and confer on a proposed joint plan within the confines of the above to be presented at the conference.

SO ORDERED.

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Dated: New York, New York
November 21, 2024