COVIELLO WEBER & DAHILL LLP

November 25, 2024

**VIA ECF**
The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse 500
Pearl Street
New York, NY 10007-1312
CastelNYSDChambers@nysd.uscourts.gov

Re:    *Barron et al. v. micromobility.com Inc. et al., Case No. 1:20-cv-04703 (PKC)*

Dear Judge Castel:

We write on behalf of Defendant Skrill USA Inc. ("Skrill"). Your Honor recently scheduled a pretrial conference in this matter to be held on December 3, 2024 at 4pm. Pursuant to Your Honor's Individual Practices, Paragraph 1.C., we respectfully request an adjournment of the December 3 pretrial conference due to a scheduling conflict. The undersigned has an in-person arbitration hearing that is being held December 2 through 6, which conflicts with the December 3 conference. Skrill has not made any previous request to adjourn this conference. In advance of filing this letter, we conferred with counsel to Plaintiffs and counsel to the other Defendants and they do not object to this request for adjournment. To the extent it aids the Court, we also inquired about counsel's upcoming availability and confirmed that during the week of December 9, all counsel are available on December 9 or 11; and during the week of December 16, all counsel are available on December 16, 18, or 19. We appreciate the Court's attention to this matter.

Conference scheduled for December 3, 2024
is adjourned to December 19, 2024 at 12:00 p.m.
in Courtroom 11D.
SO ORDERED.
Dated:  12/2/2024

Respectfully submitted,

*/s/ Jeffrey Coviello*
Jeffrey Coviello
COVIELLO WEBER & DAHILL LLP
707 Westchester Avenue, Suite 300
White Plains, NY 10604
Telephone: (914) 461-4343
jcoviello@cwdlaw.com

P. Kevin Castel
United States District Judge

cc: Counsel of Record (via ECF)