# LOEVY + LOEVY

311 N. Aberdeen Street
Chicago, Illinois 60607
(312) 243-5900
www.loevy.com

February 14, 2025

**Via CM/ECF**
United States District Court
Southern District of New York
Honorable Judge P. Kevin Castel
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RE: *Barron et al., v. micromobility, et al.*, Case No. 20-cv-4703

Dear Judge Castel:

    I write on behalf of Plaintiffs in response to the Helbiz Defendants' February 10 and February 12, 2025 letters (Dkt. 328, 331) seeking to quash Plaintiffs' subpoenas to three accounting firms. Under the default rules, Plaintiffs' response is due today. To fully explain their position, Plaintiffs need to discuss certain documents that Defendants have designated as confidential. Accordingly, we have prepared a 9-page draft of the response which we provided to Helbiz Defendants' Counsel so that they could see our reasons for wanting to provide the documents to the Court and possibly agree to de-designate them. Because the documents include tax returns, we also offered to redact information about addresses, dates of birth and social security numbers.

    Defendants have agreed to de-designate one document but not the others. Under Paragraph 6 of the Confidentiality Order (Dkt. 323-1) it is incumbent upon Defendants to move the Court for an order for Plaintiffs to file the tax return exhibits and portions of their brief discussing the returns under seal. Plaintiffs do not oppose that relief.

    Our understating is that Defendants will file their motion sometime next week pursuant to the timing set forth in Paragraph 6 of the Confidentiality Order. Accordingly, Plaintiffs request an extension of time to file our response to Dkt. 328 and 331 until 48 hours after your Honor has ruled on Defendants' forthcoming motion to seal.

    We have conferred with Robert Heim, Counsel for the Helbiz Defendants, and they do not oppose this extension. We have also confirmed to the Helbiz Defendants' Counsel that the accountant firms' responses to the subpoenas are on hold until the court rules on the Helbiz Defendants' underlying motion to quash.

---

*Handwritten annotation by the Court:*

On this discovery dispute, either party may redact in accordance with Rule 5.2(a) and may file tax returns and portions of briefs discussing tax returns under seal. Plaintiffs shall file their response by February 20, 2025.

SO ORDERED
/s/ P. Kevin Castel
USDJ
2-18-25

February 14, 2025                              Page **2** of **2**

Thank you for your time in this matter.

                                        Respectfully submitted,

                                        s/ Michael Kanovitz
                                        One of counsel for Plaintiffs

                                        Michael Kanovitz (*pro hac vice*)
                                        Jon Loevy (*pro hac vice*)
                                        Julia Rickert (*pro hac vice*)
                                        Heather Lewis Donnell
                                        Anand Swaminathan
                                        Isaac Green (*pro hac vice*)
                                        LOEVY & LOEVY
                                        311 N. Aberdeen St., 3rd Floor
                                        Chicago, Illinois 60607
                                        (312) 243-5900
                                        mike@loevy.com

cc: All parties via CM/ECF