UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RYAN BARRON, et al.,

                Plaintiffs,

                                            20-cv-4703 (PKC)

     -against-                                   ORDER

micromobility.com Inc., et al.,

                Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The concept of subpoenas on CohnReznick and Lester S. Ceasar, accountants, and Gallant Corporate Services, a financial advisor, has been shown by plaintiffs to fall within the permissible scope of Rule 26(a). The returns on the subpoena may be designated as confidential under the existing Protective Order (ECF 184). The Court directs the parties to meet and confer within the next seven (7) days on the precise scope of the subpoenas. If any dispute remains, the Court will then adjudicate them.

        SO ORDERED.

                                                            P. Kevin Castel
                                                 United States District Judge

Dated: New York, New York
        February 27, 2025