UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RYAN BARRON, et al.,

                Plaintiffs,

                                                  20-cv-4703 (PKC)

      -against-                                  ORDER

micromobility.com Inc. f/k/a Helbiz Inc., et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        There will be a pretrial conference on April 17, 2025 at 2 p.m. in Courtroom 11D.

        SO ORDERED.

                                                          P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
       April 9, 2025