UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RYAN BARRON, et al.,

                            Plaintiffs,

                                                                           20-cv-4703 (PKC)

        -against-                                          ORDER

micromobility.com Inc., et al.,

                            Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        As a result of the conference held on April 17, 2025, the following is Ordered:

        1.      No later than April 24, 2025, defendants micromobility.com Inc., Salvatore Palella, Lorenzo Pellegrino, Giulio Profumo, Jonathan Hannestad and Justin Giuliano (the "defendants subject to this Order") shall provide a list of all electronic devices in their possession and control, including any and all smart phones, desktop computers, laptop computers, tablets, servers and electronic storage devices that contain data or communications from the relevant time period identified by the parties on the record. It is these devices that shall be the subject of the ESI searches unless otherwise ordered by this Court. The ESI search terms listed at ECF 339-11 are approved and shall apply reciprocally.

        2.      No later than April 24, 2025, the defendants subject to this Order shall submit a schedule for the conduct of ESI searches and electronic document production, and identify dates when they will be available for depositions following production.

    3. Plaintiffs shall produce the same information ordered in paragraphs 1 and 2 above by April 24, 2025.

    4. In the event that a party believes that any individual ESI search term has resulted in "hits" identifying an unduly burdensome number of documents, the party shall file a particularized objection to the Court within 48 hours of receiving the results of the search.

    5. The Clerk is respectfully directed to terminate the motion at ECF 339.

    SO ORDERED.

                  _____
                    P. Kevin Castel
                   United States District Judge

Dated: New York, New York
    April 17, 2025