UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
Ryan Barron, for themselves and a class of others similarly situated,

                       Plaintiff(s),

      -v-

micromobility.com Inc., et al.,

                       Defendant(s).
-----------------------------------------------------------------------X

20-cv-4703 (PKC)

ORDER

CASTEL, U.S.D.J.:

       There will be a conference on Wednesday, May 14, 2025 at 12:00 p.m. in Courtroom 11D, 500 Pearl Street, New York, New York.

       SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       May 12, 2025