UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RYAN BARRON, et al.,

                Plaintiffs,

20-cv-4703 (PKC)

-against-                           ORDER

MICROMOBILITY.COM INC. f/k/a HELBIZ
INC., et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        As a result of a Pre-Trial Conference held today, in addition to the search obligations to which the parties have heretofore agreed, it is ORDERED that:

1. Defendant micromobility.com Inc. is Ordered to search ESI in its possession or control of or relating to the nine so-called "custodians" identified in the plaintiffs' letter of April 28, 2025 (ECF 354 at 2-4).

2. Defendant micromobility.com, Inc. shall search ESI from its Facebook page, helbizofficial; its two Twitter accounts, helbizofficial and helbiz; its Reddit account, helbiz; its Instagram account, helbizofficial; its medium.com accounts, helbizofficial and helbiz; and its LinkedIn account, micromobility.com.

3. Defendant Salvatore Palella shall search ESI from his Twitter account, palella; his WhatsApp account associated with the number '4074; his Telegram account associated with the number '4074; his text messages associated with

the number '4074; the email address im@palella.com; the LinkedIn account palella; his personal Facebook account; the email address salvatorepalella@gmail.com; and the email address luca@pallela.com.

4. Defendant Jonathan Hannestad shall search ESI from his WhatsApp account associated with the number '8446; the email address jonathan@palella.com; and the LinkedIn account jonathan-hannestad-0806A393.

5. Defendant Giulio Profumo shall search ESI from his WhatsApp account associated with the number '8992; his text messages associated with the phone number '8992; and his Telegram account, giulio_profumo.

6. Defendant Lorenzo Pellegrino shall search ESI from his WhatsApp account associated with the number '3413; his Telegram account associated with the number '9212; his LinkedIn account, LorenzoPellegrino; and his Twitter account, lollanza.

7. Defendant Giuliano shall search ESI from his WhatsApp account associated with the number '7799; his email account, giuliaja@gmail.com; and his LinkedIn account.

8. The Court adheres to the direction that ESI searches are to be performed by the parties' respective vendors.

9. Plaintiffs' application for Rule 37 proceedings is denied without prejudice.

10. The Clerk is respectfully directed to terminate the motions. (ECF 359, 361, 363.)

- 3 -

SO ORDERED.

                                                                                                  *P. Kevin Castel*
                                                           United States District Judge

Dated: New York, New York
          May 14, 2025