# LOEVY + LOEVY

311 N. Aberdeen Street
Chicago, Illinois 60607
(312) 243-5900
www.loevy.com

July 9, 2025

**Via CM/ECF**
United States District Court
Southern District of New York
Honorable Judge P. Kevin Castel
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RE: *Barron et al., v. micromobility, et al.*, Case No. 20-cv-4703: Letter Motion for Leave to File Unopposed Motion to Dismiss.

Dear Judge Castel:

      I write on behalf of Plaintiffs to seek leave to file the attached Motion to Dismiss Defendant Saeed Al-Darmaki without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). In advance of filing this Motion, counsel for Plaintiffs met and conferred with counsel for the micromobility.com Defendants, Skrill and Al-Darmaki. Defendant Al-Darmaki agrees with this motion and the remaining Defendants do not oppose it.

                                                     RESPECTFULLY SUBMITTED,

                                                     s/ Michael Kanovitz
                                                   One of counsel for Plaintiffs

                                                   Michael Kanovitz (*pro hac vice*)
                                                   Jon Loevy (*pro hac vice*)
                                                   Julia Rickert (*pro hac vice*)
                                                   Heather Lewis Donnell
                                                   Anand Swaminathan
                                                   Isaac Green (*pro hac vice*)
                                                   Jacob Costello (*pro hac vice*)
                                                   LOEVY & LOEVY
                                                   311 N. Aberdeen St., 3rd Floor
                                                   Chicago, Illinois 60607
                                                   (312) 243-5900
                                                   mike@loevy.com

cc: All parties via CM/ECF