UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN BARRON, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>micromobility.com, Inc., et al.,<br><br>　　　　　　Defendants. | Civil Action No.: 1:20-cv-04703-PKC |

**PLAINTIFFS' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL**

Now come Ryan Barron, Grant Echols, Daniel Grieves and Andrew Szklarek (the "Plaintiffs"), by and through their counsel, Loevy & Loevy, and pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby move the Court to enter an order dismissing without prejudice their claims against Defendant Saeed Al Darmaki ("Al Darmaki").

In support of this motion Plaintiffs state as follows:

1.　　Plaintiffs have asserted claims on behalf of themselves and a putative class in the First Amended Complaint. Dkt. 131. Certain of those claims survived motions to dismiss against Al Darmaki. Opinion and Order, Dkt. 244.

2.　　After discussions among counsel for Plaintiffs and Al-Darmaki, and to simplify prosecution of the action, Plaintiffs seek to dismiss their claims against Al-Darmaki without prejudice, pursuant to FRCP 41(a)(2).

3. Plaintiffs have conferred with Counsel for the Defendants. Defendant Al-Darmaki agrees with this motion and the other Defendants do not oppose it.

Respectfully Submitted,

/s/ Michael Kanovitz

One of counsel for Plaintiffs

Michael Kanovitz (*pro hac vice*)
Jon Loevy (*pro hac vice*)
Julia Rickert (*pro hac vice*)
Heather Lewis Donnell
Anand Swaminathan
Isaac Green (*pro hac vice*)
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
mike@loevy.com