UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RYAN BARRON, et al.,

                    Plaintiffs,

                                                                                            20-cv-4703 (PKC)

         -against-                                                        ORDER

MICROMOBILITY.COM INC. f/k/a HELBIZ
INC., et al.,

                    Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       The Court has reviewed the letter motion (ECF 385) of the Micromobility Defendants to compel the production of certain documents and the response (ECF 389) of plaintiffs. The responses of plaintiffs do not permit a crisp analysis of that which plaintiffs are objecting to and that which they are not. Many of the documents requested, according to plaintiffs, have been produced or are not in plaintiffs' possession or control. The definitions in Local Civil Rule 26.3 apply to this Order.

       The Court ORDERS as follows:

1. Plaintiffs shall produce all non-privileged documents responsive to Requests Nos. 2, 8 and 9 of the Micromobility Defendants' Second Request for Production of Documents (the "Requests") by August 19, 2025, except plaintiffs may redact any password or key appearing in a document.

2. If plaintiffs assert that any document responsive to the Requests is privileged or work product, then by August 19, 2025 they shall provide the information described in Local Civil Rule 26.2(a) for each such document.

- 2 -

3. If plaintiffs contend that a document responsive to the Requests has been previously produced, they shall so state and upon the request of the Micromobility Defendants shall provide the document identification number or other identifier sufficient to conveniently locate the document.

4. If a plaintiff contends that he once possessed a document responsive to the Requests but no longer possess the document, he shall file an affidavit by August 19, 2025. identifying the document and describing when and where he last saw the document and any facts known to him bearing on its present whereabouts.

5. Each plaintiff shall by August 19, 2025 file an affidavit describing his search for documents responsive to the Requests, identifying the specific places or electronic storage devices searched.

6. Letter Motion at ECF 385 should be terminated by the Clerk

    SO ORDERED.

                                             P. Kevin Castel
                                       United States District Judge

Dated: New York, New York
       August 6, 2025