UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------

RYAN BARRON, et al.,

           Plaintiffs

               20-cv-4703 (PKC)

    -v.-

micromobility.com Inc., f/k/a HELBIZ INC., et al.        ORDER

          Defendants.
------------------------------------------------------------------

CASTEL, U.S.D.J.

      Prior to certification of a class, counsel for the putative class may owe certain fiduciary duties to putative class members but they are not their counsel.  Requests for Admissions ("RFAs") by the opposing side seeking admissions as to what some putative members did or did not know, do, or suffer are not proper because putative class counsel has no legal right to obtain such information from putative class members.  See, e.g. RFA 9 ("Admit that some Proposed Class members have not suffered any out-of-pocket loss."); RFA 15 ("Admit that some Proposed Class members purchased Helbiz Coin without reviewing the Helbiz Coin Whitepaper.")" RFA 17 (Admit that not all named Plaintiffs purchased Helbiz Coin in the same manner.)  Responses to the RFAs would likely be based on guess work.  All but 3 of the challenged RFA responses relate to the actions or inactions of the proposed class.  For the three RFAs that are not, the responses were adequate (RFA 26, 27 and 31).

      The Court has considered the entirety of the Micromobility Defendants' arguments, including timeliness.  Their March 5 Letter Application (ECF 419) is DENIED.

      SO ORDERED.

                  P. Kevin Castel
              United States District Judge

Dated:  New York, New York
      March 16, 2026