UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RYAN BARRON, et al.,

Plaintiffs

-v.-

micromobility.com Inc., f/k/a HELBIZ INC., et al.

Defendants.

---

20-cv-4703 (PKC)

ORDER

CASTEL, U.S.D.J.

The Micromobility Defendants and Skrill USA may each move for summary judgment on the following schedule with the following page limits and caveats:

1. File motions for summary judgment by September 14, 2026. Plaintiffs shall respond to the motions by November 2, 2026 and defendants may reply by November 30, 2026.
2. Opening and responsive briefs are limited to 40 pages and reply brief is limited to 25 pages.
3. Counsel should be mindful that the inclusion of a "fact" in a Rule 56.1(a) or (b) Statement is an admission that the "fact" is "material[]" to the disposition of the summary judgment motion such that any genuine dispute is sufficient to defeat summary judgment on the issue for which the "fact" was proferred. Counsel are reminded that brevity and conciseness usually aid clarity and persuasiveness.
4. Counsel's attention is called to the provisions of the undersigned's Individual Practices at G.

Within fourteen days, counsel shall confer and advise the Court via the Chambers' email inbox (but not filed on ECF) whether they wish to be referred to the District's

Court-Annexed Mediation Program and, if so, propose one or more convenient dates for the mediation.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
July 29, 2026