UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RYAN BARRON, et al.,

Plaintiffs,

20-cv-4703 (PKC)

-against-

ORDER

micromobility.com Inc., et al.,

Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

The Court has reviewed the motions for summary judgment filed by the Micromobility Defendants and Skrill USA Inc. (ECF 443, 444.) While the Court has no view on the ultimate merits of the motions, the Court will first decide the summary judgment motions and will address the final pretrial submissions as needed. The Final Pretrial Conference of November 19, 2026 is VACATED and the deadlines for filing pretrial submissions (proposed Joint Pre-Trial Order, voir dire, verdict sheet, jury instructions and motions in limine) are stayed pending further Order.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
October 14, 2026